# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ZINA B. NODD, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 13-0598-CG-N |
| | ) |
| INTEGRATED AIRLINE | ) |
| SERVICES, INC., | ) |
| | ) |
|    Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated August 4, 2014, (Doc. 33) is **ADOPTED** as the opinion of this Court. Accordingly, Plaintiff's motion for leave to file a second amended complaint (Doc. 25) is **GRANTED**, and the Defendant's motions to dismiss (Docs. 18, 20) are **DENIED as moot**.

The clerk is directed to file the second amended complaint attached to Plaintiff's motion (Doc. 25). Defendant's responsive pleading shall be filed **no later than September 4, 2014**.

**DONE and ORDERED** this 21st day of August, 2014.

                                          /s/ Callie V. S. Granade
                                          UNITED STATES DISTRICT JUDGE